# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00497-CR

**Denzel Hardman, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-24-904039, THE HONORABLE SELENA ALVARENGA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Denzel Hardman has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: November 8, 2024

Do Not Publish